IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-00135-MOC-DSC

| | |
|---|---|
| JOHN EDWARD SEAMON SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHNSON & JOHNSON AND | ) |
| DEPUY ORTHOPAEDICS, INC. et. al., | |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendant's "Motion to Stay [pending MDL transfer] (document # 4) filed March 25, 2015. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: April 7, 2015

David S. Cayer
United States Magistrate Judge